UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,  CASE NO. 1:25-cv-21372-RKA

    Plaintiff,

vs.

BLINDS TO GO (U.S.) INC.
a Foreign Profit Corporation D/B/A BLINDS TO GO

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against BLINDS TO GO (U.S.) INC., a Foreign Profit Corporation D/B/A BLINDS TO GO.

    Submitted by:

    Mendez Law Offices, PLLC
    Attorneys for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 305.809.8474
    Email:info@mendezlawoffices.com
    By:        /s/
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

        ###